Harold M. Jaffe, Esq. (Calif. State Bar #57397)
LAW OFFICES OF HAROLD M. JAFFE
3521 Grand Avenue
Oakland, CA 94610
Tel: (510) 452-2610
Fax: (510) 452-9125

**E-filed 12/21/05**

Brian W. Newcomb, Esq. (Calif. State Bar #55156)
LAW OFFICES OF BRIAN W. NEWCOMB
770 Menlo Avenue, Ste. 101
Menlo Park, CA 94025
Tel: (650) 322-7780
Fax: (650) 327-0619

Seth Lesser, Esq.
110 East 55th Street
New York, NY 10022
Tel: (212) 838-3333
Fax: (212) 838-9760

Attorneys for Plaintiffs, DAVID W. WESSEL, on Behalf of Himself and All Others Similarly Situated

**UNITED STATES DISTRICT COURT**
**FOR THE NORTHERN DISTRICT OF CALIFORNIA**
**SAN JOSE DIVISION**

| | |
|---|---|
| DAVID W. WESSEL, an Individual, on Behalf of Himself and All Others Similarly Situated,<br><br>Plaintiffs,<br><br>vs.<br><br>AMERICAN EXPRESS COMPANY, a New York corporation, and DOES 1 to 100, inclusive,<br><br>Defendants.<br>_____/ | CASE NO. C05-04727 HRL<br><br>**NOTICE OF VOLUNTARY DISMISSAL [FRCP 41]** |

Pursuant to FRCP 41, plaintiff, DAVID W. WESSEL, hereby voluntarily dismisses the above-mentioned action WITHOUT PREJUDICE.

DATED: December 16, 2005          Harold M. Jaffe
                                  HAROLD M. JAFFE, ESQ., Attorney for Plaintiff

12/21/05  IT IS SO ORDERED.    Judge Jeremy FOgel /s/electronic signature authorized
                               United States District Court

1
REQUEST FOR DISMISSAL